**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Ronald J. Ferguson, Appellant,

v.

Mill Creek, LP, Respondent.

Appellate Case No. 2015-000593

Appeal From Greenville County
J. Cordell Maddox, Jr., Circuit Court Judge

Unpublished Opinion No. 2017-UP-126
Submitted March 1, 2017 – Filed March 22, 2017

**APPEAL DISMISSED**

Ronald J. Ferguson, of Piedmont, pro se.

Rodney M. Brown, of Rodney M. Brown, P.A., of Fountain Inn, for Respondent.

**PER CURIAM:** Dismissed pursuant to Rule 220(b), SCACR, and the following authority: *Duncan v. Gov't Employees Ins. Co.*, 331 S.C. 484, 486, 449 S.E.2d 580, 580 (1994) ("[A]n order granting a motion to intervene is not immediately appealable.").

**APPEAL DISMISSED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.